UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON COMMEY,

                    Plaintiff,

-against-

BILL DE BLASIO, in his official capacity as Mayor of the City of New York,

                    Defendant.

22-CV-0018 (LTS)

ORDER DIRECTING PAYMENT OF FEES OR IFP APPLICATION

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action seeking emergency relief. To proceed with a civil action in this Court, a plaintiff must either (1) pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee, or (2) request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, by submitting a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted this filing without the $402.00 in fees or an IFP application. The Court cannot take any action on this case until he files a completed and signed IFP application or pays the filing fees. Thus, within thirty days of the date of this order, Plaintiff must pay the filing fees or complete and submit the attached IFP application.

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

2

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 3, 2022
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge