| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 01/06/2022 |

AARON COMMEY,

                Plaintiff,

     v.

BILL DE BLASIO, in his official capacity as Mayor of the City of New York,

                Defendant.

22-CV-0018 (RA)

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    Plaintiff sued Bill de Blasio solely in his official capacity as then-Mayor of the City of New York. Under Rule 25(d) of the Federal Rules of Civil Procedure, the Clerk of Court is respectfully directed to substitute Eric Adams, in his official capacity as Mayor of the City of New York, for former Mayor Bill de Blasio.

    The Clerk of Court is further directed to issue a summons as to Defendant Eric Adams. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff, together with an information package.

SO ORDERED.

Dated:    January 6, 2022
              New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge