UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  03/08/2022

AARON COMMEY,

                        Plaintiff,

            v.

ERIC ADAMS, in his official capacity as Mayor
of the City of New York; DAVID A. CHOKSHI,
in his official capacity as Commissioner of the
NYC Department of Health and Mental Hygiene,

                        Defendants.

22-CV-0018 (RA)

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

On January 3, 2022, *pro se* Plaintiff filed the complaint in this action, suing Mayor Eric Adams and challenging the constitutionality of the "Key to NYC" executive order.  On March 7, 2022, Plaintiff filed an amended complaint, adding Commissioner David Chokshi as a defendant and raising an additional constitutional challenge to New York City's private employer vaccine mandate.

The Clerk of Court is directed to issue a summons as to Defendant David Chokshi.  Plaintiff must serve this Defendant within 90 days of the issuance of that summons.  However, Plaintiff must still serve Defendant Eric Adams within 90 days of issuance of the summons as to that Defendant—in other words, by April 7, 2022.  If Plaintiff has not completed service within those time frames or requested an extension of time to do so, the Court may dismiss his claims under Rules 4 and 41 of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff, together with an information package.

SO ORDERED.

Dated:    March 8, 2022
          New York, New York

_____
                RONNIE ABRAMS
          United States District Judge